**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77     **Title:** X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 142.196.80.32 | 6/20/2012 18:18 | Riverview | FL | Bright House Networks | BitTorrent |
| 2 | 50.88.246.66 | 5/25/2012 1:57 | Winter Park | FL | Bright House Networks | BitTorrent |
| 3 | 50.88.81.23 | 6/22/2012 5:16 | Apopka | FL | Bright House Networks | BitTorrent |
| 4 | 50.89.146.188 | 5/17/2012 13:59 | Ormond Beach | FL | Bright House Networks | BitTorrent |
| 5 | 66.177.124.25 | 6/16/2012 20:28 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 6 | 66.177.179.240 | 6/29/2012 5:21 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 7 | 67.187.33.247 | 6/22/2012 17:54 | Orange Park | FL | Comcast Cable | BitTorrent |
| 8 | 67.190.224.50 | 6/15/2012 4:23 | Atlantic Beach | FL | Comcast Cable | BitTorrent |
| 9 | 67.190.246.210 | 6/19/2012 14:41 | Lake City | FL | Comcast Cable | BitTorrent |
| 10 | 68.56.111.245 | 7/3/2012 17:48 | Bartow | FL | Comcast Cable | BitTorrent |
| 11 | 68.56.142.60 | 6/30/2012 5:07 | Port Charlotte | FL | Comcast Cable | BitTorrent |
| 12 | 71.203.11.7 | 6/30/2012 16:49 | Venice | FL | Comcast Cable | BitTorrent |
| 13 | 76.18.194.145 | 6/15/2012 2:01 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 14 | 98.224.57.1 | 6/29/2012 23:31 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 15 | 173.168.48.198 | 6/1/2012 7:31 | Inverness | FL | Road Runner | BitTorrent |
| 16 | 173.168.80.178 | 6/8/2012 9:57 | New Port Richey | FL | Road Runner | BitTorrent |
| 17 | 173.168.96.14 | 6/7/2012 10:46 | Largo | FL | Road Runner | BitTorrent |
| 18 | 173.170.21.40 | 6/26/2012 2:36 | Lakeland | FL | Road Runner | BitTorrent |
| 19 | 173.171.63.234 | 6/25/2012 4:14 | Davenport | FL | Road Runner | BitTorrent |
| 20 | 24.160.78.190 | 5/19/2012 4:11 | Riverview | FL | Road Runner | BitTorrent |
| 21 | 24.160.80.3 | 6/28/2012 2:57 | Saint Petersburg | FL | Road Runner | BitTorrent |
| 22 | 24.164.39.45 | 6/4/2012 12:32 | Lakeland | FL | Road Runner | BitTorrent |

EXHIBIT A

LMFL33

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 100.3.122.210 | 6/14/2012 7:17 | Osprey | FL | Verizon Internet Services | BitTorrent |
| 24 | 108.9.55.254 | 6/26/2012 1:05 | Bradenton | FL | Verizon Internet Services | BitTorrent |
| 25 | 173.65.15.46 | 6/19/2012 18:46 | Largo | FL | Verizon Internet Services | BitTorrent |
| 26 | 72.91.222.235 | 6/22/2012 2:08 | Sarasota | FL | Verizon Internet Services | BitTorrent |

EXHIBIT A

LMFL33